AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )          Case No. 20-mj- 141-01-AJ
150 KELLEY STREET, APT. #2, MANCHESTER, NEW )
HAMPSHIRE AND MORE FULLY DESCRIBED IN )
ATTACHMENT A )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of __New Hampshire__ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC §§846, 841(a)(1) | Conspiracy to Distribute and Distribution of Controlled Substances |

The application is based on these facts:
See Affidavit of Cody T. Lambert, TFO DEA

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Cody T. Lambert
*Applicant's signature*

Cody T. Lambert, TFO DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone conference__ *(specify reliable electronic means)*.

Date: **Jul 24, 2020**

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*

City and state: Concord, New Hampshire